B 1 (Official Form 1) (1/08)

| United States Bankruptcy Court<br>District of Massachusetts | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Georgetown Golf Club, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):<br>04-3204104 | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>258 Andover Street<br>Georgetown, Massachusetts<br>ZIP CODE 01833 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Essex County, Massachusetts | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other
  Golf and Country Club

**Tax-Exempt Entity** (Check box, if applicable.)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box.)
- ☑ Full Filing Fee attached.
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**  THIS SPACE IS FOR COURT USE ONLY
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☑ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☑ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☑ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B 1 (Official Form 1) (1/08)    Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Georgetown Golf Club, Inc. | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor: | Case Number: | Date Filed: |
| District: District of Massachusetts | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☑ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| B 1 (Official Form) 1 (1/08) | Page 3 |
|---|---|
| **Voluntary Petition** *(This page must be completed and filed in every case.)* | **Name of Debtor(s):** Georgetown Golf Club, Inc. |

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. X _____ Signature of Debtor  X _____ Signature of Joint Debtor  Telephone Number (if not represented by attorney)  Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. (Check only one box.)  ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.  ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.  X _____ (Signature of Foreign Representative)  _____ (Printed Name of Foreign Representative)  Date |
| **Signature of Attorney*** X  /s/ Paul D. Moore  Signature of Attorney for Debtor(s)  Paul D. Moore, Esq. (BBO# 353100)  Printed Name of Attorney for Debtor(s)  Duane Morris LLP  Firm Name  470 Atlantic Avenue, Suite 500  Address  Boston, Massachusetts 02210-2600  857-488-4200  Telephone Number  8/13/09  Date  *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer** I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.  _____ Printed Name and title, if any, of Bankruptcy Petition Preparer  _____ Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)  Address  _____  X _____  _____ Date |
| **Signature of Debtor (Corporation/Partnership)** I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition. X  /s/ Peter Wojtkun, President  Signature of Authorized Individual  Peter Wojtkun  Printed Name of Authorized Individual  President, Georgetown Golf Club, Inc.  Title of Authorized Individual  8/12/09  Date | Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.  Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.  If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.  *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Massachusetts

In re   Georgetown Golf Club, Inc.
                    Debtor(s)

Case No. _____
Chapter   11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| MEMBERSHIP REALTY TRUST III<br>23200 WHISPERING PINES DR<br>BONITA SPRINGS, FL 34135 | MEMBERSHIP REALTY TRUST III<br>23200 WHISPERING PINES DR<br>BONITA SPRINGS, FL 34135 | MORTGAGE/NOTE | Disputed<br>Potential Insider | 2,150,000.00<br><br>(Unknown secured) |
| DEUTSCH WILLIAMS, LLP<br>99 SUMMER STREET<br>BOSTON, MA 02110 | DEUTSCH WILLIAMS, LLP<br>99 SUMMER STREET<br>BOSTON, MA 02110 | OTHER | Contingent<br>Disputed<br>Subject to Setoff | 230,000.00 |
| BEVERLY ENOS<br>64 CENTRAL ST<br>GEORGETOWN, MA 01833 | BEVERLY ENOS<br>64 CENTRAL ST<br>GEORGETOWN, MA 01833 | JUDGMENT | Unliquidated<br>Disputed<br>Subject to Setoff | 80,000.00 |
| NATIONAL CITY GOLF FINANCE<br>PO BOX 931034<br>CLEVELAND, OH 44193 | NATIONAL CITY GOLF FINANCE<br>PO BOX 931034<br>CLEVELAND, OH 44193 | GOODS/SERVICES/<br>TRADE DEBT | | 39,764.27 |
| TOWN OF GEORGETOWN LIGHT DEPARTMENT<br>ONE LIBRARY STREET<br>GEORGETOWN, MA 01833 | TOWN OF GEORGETOWN LIGHT DEPARTMENT<br>ONE LIBRARY STREET<br>GEORGETOWN, MA 01833 | GOODS/SERVICES/<br>TRADE DEBT | | 29,450.00 |
| COSTANTINO RICHARDS, RIZZO LLP<br>200 EDGEWATER PARK<br>WAKEFIELD, MA 01880 | COSTANTINO RICHARDS, RIZZO LLP<br>200 EDGEWATER PARK<br>WAKEFIELD, MA 01880 | OTHER | | 29,383.75 |
| TOM/IRMA LEONARD<br>15 MEADOWVIEW ROAD<br>TOPSFIELD, MA 01983 | TOM/IRMA LEONARD<br>15 MEADOWVIEW ROAD<br>TOPSFIELD, MA 01983 | INITIATION FEE DEPOSIT | Contingent<br>Disputed | 22,500.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   Georgetown Golf Club, Inc.                                   Case No.   _____
                            Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| PUBLIC PAVING<br>1022 MAIN STREET<br>HAVERHILL, MA | PUBLIC PAVING<br>1022 MAIN STREET<br>HAVERHILL, MA | GOODS/SERVICES/<br>TRADE DEBT | Disputed<br>Subject to Setoff | 20,000.00 |
| RALPH MIRRA<br>60 EDEN GLEN AVENUE<br>DANVERS, MA 01923 | RALPH MIRRA<br>60 EDEN GLEN AVENUE<br>DANVERS, MA 01923 | INITIATION FEE DEPOSIT | Contingent<br>Disputed | 20,000.00 |
| TOWN OF GEORGETOWN<br>ONE LIBRARY ST<br>GEORGETOWN, MA 01833 | TOWN OF GEORGETOWN<br>ONE LIBRARY ST<br>GEORGETOWN, MA 01833 | REAL ESTATE TAXES | Unliquidated | 20,000.00 |
| HINCKLEY, ALLEN, SNYDER, LLP<br>28 STATE STREET<br>BOSTON, MA 02109 | HINCKLEY, ALLEN, SNYDER, LLP<br>28 STATE STREET<br>BOSTON, MA 02109 | SERVICES | | 19,770.00 |
| REAL/KATHEY RENAUD<br>114 FRENCH FARM ROAD<br>NO. ANDOVER, MA 01845 | REAL/KATHEY RENAUD<br>114 FRENCH FARM ROAD<br>NO. ANDOVER, MA 01845 | INITIATION FEE DEPOSIT | Contingent<br>Disputed | 17,500.00 |
| GEORGETOWN ELECTRIC<br>94 SEARLE STREET<br>GEORGETOWN, MA 01833 | GEORGETOWN ELECTRIC<br>94 SEARLE STREET<br>GEORGETOWN, MA 01833 | GOODS/SERVICES/<br>TRADE DEBT | | 17,295.55 |
| HARRELL'S TURF SPECIALTIES, LLC<br>PO BOX 807<br>LAKELAND, FL 33802 | HARRELL'S TURF SPECIALTIES, LLC<br>PO BOX 807<br>LAKELAND, FL 33802 | GOODS/SERVICES/<br>TRADE DEBT | Disputed<br>Subject to Setoff | 17,038.93 |
| ERNIE GROOM/KATHY FIORE<br>205 ISLAND DRIVE<br>JUPITER, FL 33477 | ERNIE GROOM/KATHY FIORE<br>205 ISLAND DRIVE<br>JUPITER, FL 33477 | INITIATION FEE DEPOSIT | Contingent<br>Disputed | 14,500.00 |
| JAMES OBERNESSER<br>106 HERRICK ROAD<br>BOXFORD, MA 01921 | JAMES OBERNESSER<br>106 HERRICK ROAD<br>BOXFORD, MA 01921 | INITIATION FEE DEPOSIT | Contingent<br>Disputed | 14,000.00 |
| KEITH FALLON<br>430 LAUREL TREE LANE<br>SIMPSONVILLE, SC 29681 | KEITH FALLON<br>430 LAUREL TREE LANE<br>SIMPSONVILLE, SC 29681 | INITIATION FEE DEPOSIT | Contingent<br>Disputed | 14,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re    **Georgetown Golf Club, Inc.**                                              Case No. _____
                                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| WAYNE/MARY CRANDALL<br>319 LANSDOWNE STREET<br>WESTPORT, CT 06880-5651 | WAYNE/MARY CRANDALL<br>319 LANSDOWNE STREET<br>WESTPORT, CT 06880-5651 | INITIATION FEE DEPOSIT | Contingent<br>Disputed | 14,000.00 |
| JAMES TWOMEY<br>72 SUNSET ROCK ROAD<br>NORTH ANDOVER, MA 01845 | JAMES TWOMEY<br>72 SUNSET ROCK ROAD<br>NORTH ANDOVER, MA 01845 | INITIATION FEE DEPOSIT | Contingent<br>Disputed | 13,500.00 |
| DAVID/SUSAN LOHNES<br>17 FERN STREET<br>BEVERLY, MA 01915 | DAVID/SUSAN LOHNES<br>17 FERN STREET<br>BEVERLY, MA 01915 | INITIATION FEE DEPOSIT | Contingent<br>Disputed | 13,500.00 |
| GERALD COMEAU<br>48 BROOKVIEW ROAD<br>GEORGETOWN, MA 01833 | GERALD COMEAU<br>48 BROOKVIEW ROAD<br>GEORGETOWN, MA 01833 | INITIATION FEE DEPOSIT | Contingent<br>Disputed | 13,500.00 |
| STEPHEN HILL<br>26 DOLE HILL LANE<br>BOXFORD, MA 01921 | STEPHEN HILL<br>26 DOLE HILL LANE<br>BOXFORD, MA 01921 | INITIATION FEE DEPOSIT | Contingent<br>Disputed | 13,500.00 |
| LEN/LAURIE FARRIS<br>22 GRANLI DRIVE<br>ANDOVER, MA 01810 | LEN/LAURIE FARRIS<br>22 GRANLI DRIVE<br>ANDOVER, MA 01810 | INITIATION FEE DEPOSIT | Contingent<br>Disputed | 13,500.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Peter Wojtkun, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date _____    Signature   /s/ Peter Wojtkun
                                                    **Peter Wojtkun**
                                                    **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(Eastern Division)

| | |
|---|---|
| In re: )<br>)<br>GEORGETOWN GOLF CLUB, INC., )<br>)<br>Debtor. )<br>) | Chapter 11<br><br>Case No. 09-_____ |

## DECLARATION OF PETER WOJTKUN UNDER PENALTY OF PERJURY ON BEHALF OF GEORGETOWN GOLF CLUB, INC.

I, Peter Wojtkun, President of Georgetown Golf Club, Inc., the debtor and debtor-in-possession in the above-captioned case, declare under penalty of perjury that I have read the foregoing list of creditors holding the twenty (20) largest unsecured claims and that it is true and correct to the best of my knowledge, information and belief.

Dated: September 9, 2009

GEORGETOWN GOLF CLUB, INC.

_____
Peter Wojtkun, President

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(Eastern Division)

In re: )
)
GEORGETOWN GOLF CLUB, INC., ) Chapter 11
)
)  Case No. 09-_____
Debtor. )
)

## CORPORATE OWNERSHIP STATEMENT

Georgetown Golf Club, Inc. (the "Debtor"), pursuant to Fed. R. Bankr. P. 1007 and 7007.1, files this Corporate Ownership Statement, respectfully showing the Court as follows:

There is no corporation which owns 10% or more of any class of equity interests in the Debtor.

## DECLARATION OF PETER WOJTKUN UNDER PENALTY OF PERJURY ON BEHALF OF GEORGETOWN GOLF CLUB, INC.

I, Peter Wojtkun, President of Georgetown Golf Club, Inc., the debtor and debtor-in-possession in the above-captioned case, declare under penalty of perjury that I have read the foregoing statement and that it is true and correct to the best of my knowledge, information and belief.

Dated: September 9, 2009

GEORGETOWN GOLF CLUB, INC.

_____
Peter Wojtkun, President

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(Eastern Division)

| | |
|---|---|
| In re:<br><br>GEORGETOWN GOLF CLUB, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 09-_____ |

## DECLARATION RE: ELECTRONIC FILING

### PART I – DECLARATION

I, PETER WOJTKUN, President of Georgetown Golf Club, Inc. (collectively, the "Affiant"), *hereby declare under penalty of perjury* that the information contained in: (i) the Chapter 11 Petition; (ii) the *Declaration of Peter Wojtkun Under Penalty of Perjury on Behalf of Georgetown Golf Club, Inc.*; (iii) the *Corporate Ownership Statement*; and (iv) the *Declaration of Peter Wojtkun in Support of "First Day" Relief* (collectively, the "Documents"), filed electronically in the above-captioned case, are true and correct. I understand that this DECLARATION is to be filed with the Clerk of the Court electronically concurrently with the electronic filing of the Document. I understand that failure to file this DECLARATION may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

I further understand that pursuant to the Massachusetts Electronic Filing Local Rule (MEFR)-7(b), all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated: September 9, 2009        Signed: _____
                                          Peter Wojtkun

### PART II – DECLARATION OF ATTORNEY (IF AFFIANT IS REPRESENTED BY COUNSEL)

I, Kara M. Zaleskas, certify that the Affiant signed this form before I submitted the Document, I gave the Affiant a copy of the Document and this DECLARATION, and I have followed all other electronic filing requirements currently established by local rule and standing order. This DECLARATION is based on all information of which I have knowledge and my signature below constitutes my certification of the foregoing under Fed. R. Bankr. P. 9011. I have reviewed and will comply with the provisions of MEFR 7.

Dated: September 9, 2009        Signed: _____
                                          Kara M. Zaleskas (BBO#651981)
                                          Attorney for Affiant

GEORGETOWN GOLF CLUB, INC.
NEW ENGLAND GOLF PARTNERS, INC.

RESOLUTIONS OF THE BOARD OF DIRECTORS

As of this ___ day of May, 2009, the directors constituting a majority of the votes of a quorum of the directors (the "Board of Directors") of Georgetown Golf Club, Inc., a Massachusetts corporation ("GGC"), and of New England Golf Partners, Inc. a Massachusetts corporation (the "NEGP," and collectively with GGC, the "Corporations"), took the following actions and adopted and consented to the following resolutions:

> WHEREAS, the Board of Directors of each of the Corporations reviewed the materials presented by the management and the financial and legal advisors of the Corporations regarding the liabilities and liquidity situation of the Corporations, the strategic alternatives available to the Corporations, and the impact of the foregoing on the Corporations' businesses; and
>
> WHEREAS, the Board of Directors of each of the Corporations reviewed the materials presented by the management and the financial and legal advisors of Georgetown Links, LLC (the "Affiliate"), the Corporations' affiliate; and
>
> WHEREAS, the Board of Directors of each of the Corporations has had the opportunity to consult with the management and the financial and legal advisors of the Corporations and fully consider each of the strategic alternatives available to the Corporations.

I.  **Voluntary Petition Under the Provisions of Chapter 11 of Title 11 of the United States Code.**

> NOW, THEREFORE, BE IT RESOLVED THAT: In the judgment of the Board of Directors of each of the Corporations, it is desirable and in the best interests of the Corporations, their creditors, stockholders, and other parties in interest, that the Corporations file or cause to be filed voluntary petitions for relief under the provisions of chapter 11 of title 11 of the United States Code;
>
> BE IT FURTHER RESOLVED THAT: Each of the Chief Executive Officer, President, any Vice President, Chief Financial Officer, Secretary, Assistant Secretary, Chief Financial Officer, Treasurer, and such other officers as may be designated by the Chief Executive Officer or President (collectively, the "Authorized Officers"), acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and empowered to execute



DM3\1109335.1

and file on behalf of their respective Corporation all petitions, schedules, lists, affidavits, and other papers or documents, including, but not limited to, motions to obtain the use of cash collateral and provide adequate protection therefore, to request the joint administration of the Corporations' and the Affiliate's bankruptcy cases and to obtain debtor in possession financing and to take any and all action that they deem necessary, proper or desirable in connection with the voluntary petitions with a view toward successful prosecution of the bankruptcy cases;

BE IT FURTHER RESOLVED THAT: Each of the Authorized Officers be, and hereby is, authorized, directed and empowered, on behalf of their respective Corporations, to obtain post-petition financing according to the terms negotiated by such Authorized Officer, including under one or more debtor-in-possession credit facilities, and to effectuate the foregoing, to enter into such loan agreements, documents, notes, guaranties, security agreements, pledge agreements and all other documents, agreements or instruments as may be deemed necessary or appropriate by the Authorized Officer;

BE IT FURTHER RESOLVED THAT: Each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and directed to employ Paul D. Moore, Esq. and the law firm of Duane Morris LLP as general bankruptcy counsel to represent and assist the Corporations in carrying out their duties under title 11 of the United States Code, and to take any and all actions to advance the Corporations' rights and obligations, including filing any pleadings; and in connection therewith, each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the chapter 11 cases, and to cause to be filed an appropriate application for authority to retain the services of Paul D. Moore, Esq. and Duane Morris, LLP;

BE IT FURTHER RESOLVED THAT: Each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and directed to employ the firm of Geary Vaughn, LLC as financial advisors to represent and assist the Corporations in carrying out their duties under title 11 of the United States Code, and to take any and all actions to advance the Corporations' rights and obligations; and in connection therewith, each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and directed to execute appropriate retention



DM3\1109335.1

agreements, pay appropriate retainers prior to and immediately upon the filing of the chapter 11 cases, and to cause to be filed appropriate applications for authority to retain the services of Geary Vaughn, LLC;

BE IT FURTHER RESOLVED THAT: Each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and directed to employ any other professionals to assist the Corporations in carrying out their duties under title 11 of the United States Code; and in connection therewith, each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the chapter 11 cases and to cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary.

II.   Further Actions and Prior Actions.

BE IT FURTHER RESOLVED THAT: Each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and empowered for, in the name of and on behalf of each of the Corporations to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such instruments as each, in his/her discretion, may deem necessary or advisable in order to carry out the purpose and intent of the foregoing resolutions; and

BE IT FURTHER RESOLVED THAT: All acts, actions and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Corporations, which acts would have been approved by the foregoing resolutions except that such acts were taken before these resolutions were certified, are hereby in all respects approved and ratified.



DM3\1109335.1

## SECRETARY'S CERTIFICATE

The undersigned, Peter Wojtkun, served as the secretary of a meeting of the Board of Directors of the Corporations held on May ___, 2008, at which all of the members of the Corporation except for Steven Guerrette were present, and at which the foregoing resolutions were adopted.

_____ Sec:
Secretary of the Meeting

DM3\1109335.1