**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:  Georgetown Golf Club, Inc.<br>Debtor, | Chapter: 11<br>Case No: 09–18710<br>Judge William C. Hillman |

**NOTICE OF DISMISSAL**

You are hereby notified that an Order Dismissing the above **cases 09–18710, 09–18711, and 09–18715** was entered on 9/18/09 .

Date:9/22/09                                         By the Court,

                                                    David Krinsky
                                                    Deputy Clerk
                                                    617–565–5678

40